# Court of Appeals
# of the State of Georgia

ATLANTA, __October 10, 2024_____

*The Court of Appeals hereby passes the following order:*

**A25D0071. RALPH H. BENNING v. TYRONE OLIVER, COMMISSIONER.**

Applicant Ralph Benning's Court of Appeals Rule 40 (b) motion for an extension of time and motion for reconsideration are hereby GRANTED. Upon consideration of Benning's application for discretionary review, it is ordered that the application be hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/10/2024_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*